MILTON WALDMAN, Appellant, v. THE MEDICAL PROTECTIVE COMPANY OF FORT WAYNE, INDIANA, Respondent.— Order denying plaintiff's motion to strike out the first separate defense affirmed, with ten dollars costs and disbursements. We are of opinion that the defense is sufficient in law (*Pacific Mut. Life Ins. Co. v. Vogel*, 232 Fed. 337), and that in the absence of sufficient evidence from the plaintiff from which may be found a valid acceptance of the policy before the date of the claimed cancellation, the defense would be complete. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

WILLIAM A. ZIEGLER, Respondent, v. WILLIAM F. ALLMENDINGER, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of IRA L. GRIMSHAW for Admission to the Bar. (From the State of New Mexico.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

IRVING BARRY, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ARTHUR BRUAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY. Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

PAUL COHEN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MICHAEL A. CULLEN, Respondent, v. ARTHUR KURSMAN and MORRIS FRANK, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BETTY DENKER, Respondent, v. FINK & KORN, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

SAMUEL H. FINKLE, Respondent, v. WESTCHESTER NEWSPAPERS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.